## Hester's Case.

The court will not allow a mandamus to the county commissioners to pay a disputed debt before the plaintiff brings suit and recovers judgment.

*Meredith*, for the complainant, applied to the court to award a mandamus to the commissioners of the county of *Philadelphia* to pay the amount of a bill alleged to be due to the complainant by them for carrying prisoners to and from the jail and court, during the sitting of the Court of General Sessions.

PER CURIAM.—The established rule of law which has been constantly recognised and acted on by this court, is, that a mandamus will not be granted where there is a specific remedy by action. *Commonwealth* v. *Rosseter*, (2 *Binn.* 362). To determine whether the county commissioners are bound to pay this bill, the party has a remedy by action. He must first sue the county commissioners, and recover against them, before he can apply here for a mandamus.

Motion refused.